# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-3172

———————————————

J.R.C., Father of N.R.C., a Minor
Child,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
Steven Warrick, Judge.

July 9, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Joseph O. Reosti of Law Office of Joseph O. Reosti, Pensacola, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Sara E. Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee.